UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

JEREMY S LEVY AND SHANNON C. HALL

CASE NO. 6:10-bk-06789-KSJ
CHAPTER 7

Debtor(s).
_____/

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY IN FAVOR OF CREDITOR, U.S. BANK, N.A.
**(Property Being Surrendered)**

This case came on for consideration of the Motion For Relief From The Automatic Stay filed by Movant, U.S. BANK, N.A., on May 20, 2010, Docket No. 12. The Motion has been served upon the parties of interest in accordance with Local rule 2002-4 and no party of interest has filed an objection to the Motion within the time permitted. Therefore, the Court deems the Motion to be unopposed. Accordingly, it is

ORDERED as follows:

1. The automatic stay arising from these proceedings is hereby vacated, lifted, terminated and dissolved, and

2. The Order Granting Relief from the Automatic Stay is hereby entered for the sole purpose of allowing Movant to pursue *in rem* relief against the real property described as:

> **LOT 16, BLOCK 1730, PORT MALABAR UNIT THIRTY SIX, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 19, PAGES 82 THROUGH 94, INCLUSIVE, OF THE PUBLIC RECORDS OF BREVARD COUNTY, FLORIDA.**
>
> **a/k/a 571 DARIEN AVENUE SW, PALM BAY, FL 32908**

or permitting Movant to offer and provide debtor with information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other loan Workout/Loss Mitigation

Agreement, and to enter into such agreement with Debtor(s), and allowing Movant any other remedies the Movant may have under applicable non-bankruptcy law, provided that the Movant shall not seek or obtain an *in personam* judgment against the Debtor(s).

3. The fourteen (14) day stay of the Order Granting Relief From Stay pursuant to Bankruptcy Rule 4001 (a)(3) is waived so that Movant can pursue its in rem relief without further delay.

4. That the mortgage indebtedness that shall run with the property shall be increased to include $500.00 for attorney`s fees and costs incurred.

DONE and ORDERED in Orlando, Florida, this 17th day of June, 2010

KAREN S. JENNEMANN
UNITED STATES BANKRUPTCY JUDGE

Copies furnished to:

CAROL A. LAWSON, ESQUIRE
DOUGLAS C. ZAHM, ESQUIRE
12425 28TH STREET NORTH, SUITE 200
ST. PETERSBURG, FL 33716

JEREMY S. LEVY A/K/A JEREMY LEVY
571 DARIEN AVE. SW
PALM BAY, FL 32908

STUART FERDERER, ESQUIRE
PO BOX 532057
ORLANDO, FL 32853

GENE T CHAMBERS, TRUSTEE
PO BOX 533987
ORLANDO, FL 32853

ORLANDO DIVISIONS
U.S. BANKRUPTCY TRUSTEE
135 W. CENTRAL BLVD., #620
ORLANDO, FL 32801